Debbie P. Kirkpatrick, Esq. (SBN 207112)
Albert R. Limberg, Esq. (SBN 211110)
SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.
3667 Voltaire Street
San Diego, CA  92106-1253
Tel:    619/758-1891
Fax:   619/222-3667
dpk@sessions-law.biz
alimberg@sessions-law.biz

Attorney for NCO Financial Systems, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN V. SKIDMORE, II,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>NCO FINANCIAL SYSTEMS, INC.,<br><br>　　　　　Defendant. | Case No.  09-CV-01989-VRW<br><br>NOTICE OF SETTLEMENT |

NOTICE IS HEREBY GIVEN that this case has been settled.  Plaintiff and Defendant, NCO Financial Systems, Inc., anticipate filing a stipulation of dismissal of this action in its entirety with prejudice within 30 days.  The parties jointly request that

///

///

///

///

all pending dates and filing requirements be vacated and that the Court set a deadline on or after July 14, 2009, for filing dispositional documents.

Dated: 6/9/09                    LAW OFFICES OF TODD M. FRIEDMAN, P.C.

                                 /s/ Todd M. Friedman
                                 Todd M. Friedman
                                 Attorney for Plaintiff
                                 John V. Skidmore, II

Dated: 6/9/09                    SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.

                                 /s/ Albert R. Limberg
                                 Albert R. Limberg
                                 Attorney for Defendant
                                 NCO Financial Systems, Inc.