Debbie P. Kirkpatrick, Esq. (SBN 207112)
Albert R. Limberg, Esq. (SBN 211110)
SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.
3667 Voltaire Street
San Diego, CA 92106-1253
Tel: 619/758-1891
Fax: 619/222-3667
dpk@sessions-law.biz
alimberg@sessions-law.biz

Attorney for NCO Financial Systems, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN V. SKIDMORE, II,<br><br>  Plaintiff,<br><br>  vs.<br><br>NCO FINANCIAL SYSTEMS, INC.,<br><br>  Defendant. | Case No. 09-CV-01989-VRW<br><br>STIPULATION TO DISMISS WITH PREJUDICE |

Plaintiff, JOHN V. SKIDMORE, II, filed the present action against NCO FINANCIAL SYSTEMS, INC. ("NCO") on May 6, 2009. Prior to NCO filing a responsive pleading, the parties resolved the action in its entirety and filed a Notice of Settlement on June 9, 2009. As part of said resolution, the parties agree to dismiss the entire action with prejudice.

///

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above captioned action is dismissed with prejudice pursuant to Fed. R. Civ. Pro. 41.

Dated: 6/19/09      SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.

/s/Albert R. Limberg
Albert R. Limberg,
Attorney for Defendant,
NCO Financial Systems, Inc.

Dated: 6/19/09      LAW OFFICES OF TODD M. FRIEDMAN, P.C.

/s/ Todd M. Friedman
Todd M. Friedman
Attorney for Plaintiff
John V. Skidmore, II

IT IS SO ORDERED.

Dated: June 30, 2009     _____
Hon. Vaughn R. Walker
United States District Judge

*IT IS SO ORDERED — Judge Vaughn R Walker — United States District Court, Northern District of California*